UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KIMARY CARRERO,**

      **Plaintiff,**

v.                                        Case No: 6:24-cv-320-PGB-DCI

**SLEEPING BABY ROCKY MCROCKFACE, LLC,**

      **Defendant.**
_____/

**ORDER TO SHOW CAUSE**

    This case is before the Court upon periodic review. Defendant has failed to comply with the Court's Order of February 27, 2024 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons.

    Therefore, it is **ORDERED** that Defendant shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions.

    **DONE AND ORDERED** in Orlando, Florida on April 24, 2024.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record