UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:24-cv-00320-CEM-DCI

**KIMARY CARRERO**,
individually and
on behalf of all others similarly situated,　　　　**CLASS ACTION**

　　　　Plaintiff,　　　　**JURY TRIAL DEMANDED**

v.

**SLEEPING BABY ROCKY MCROCKFACE, LLC**,

　　　　Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Kimary Carrero, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are dismissed <u>without</u> prejudice.

Dated: May 3, 2024

                                        Respectfully submitted,

By:   **HIRALDO P.A.**

        */s/ Manuel S. Hiraldo\**
        Manuel Hiraldo, Esq.
        Florida Bar No. 030380
        401 E. Las Olas Blvd., Suite 1400
        Fort Lauderdale, FL 33301
        mhiraldo@hiraldolaw.com
        Telephone: 954-400-4713
        ***Lead Counsel for Plaintiff***